'08 CIV 6425

Barry G. Sher
William A. Novomisle
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED JUL 17 2008 U.S.D.C. S.D.N.Y. CASHIERS

| | |
|---|---|
| JOSEPH PACE, Derivatively on Behalf of Nominal Defendant ARBITRON, INC.,<br><br>Plaintiff,<br><br>-against-<br><br>STEPHEN B. MORRIS, LUIS G. NOGALES, PHILIP GUARASCIO, WILLIAM T. KERR, SHELLYE ARCHAMBEAU, RICHARD A. POST, LARRY E. KITTELBERGER, DAVID W. DEVONSHIRE, SEAN R. CREAMER, KATHLEEN T. ROSS, LINDA DUPREE, OWEN A CHARLEBOIS, PIERRE C. BOUVARD, and VAUGHN SCOTT HENRY,<br><br>Defendants,<br>-and-<br><br>ARBITRON, INC., a Delaware corporation,<br><br>Nominal Defendant. | 08 Civ.____<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for nominal defendant Arbitron, Inc. certifies that the following groups have holdings greater than 10% of the common stock of Arbitron, Inc.: (i) Neuberger Berman Inc., Neuberger Berman, LLC, Neuberger Management Inc. and Neuberger Equity Funds, collectively, 15.16 %; (ii) Abrams Capital Partners II, L.P., Abrams Capital, LLC, Pamet Capital Management, LLC,

Pamet Capital Management, L.P. and David Abrams, collectively 12.81 %; (iii) Lord, Abbett & Co. LLC, 10.26 %. The above information is based upon information provided in Arbitron, Inc.'s March 2008 proxy statement and any subsequently submitted Form 4 filings filed by the above entities or groups.

Dated: July 17, 2008
New York, New York

>Respectfully submitted,
>
>PAUL, HASTINGS, JANOFSKY & WALKER LLP
>
>By: _____
>Barry G. Sher
>William A. Novomisle
>75 East 55th Street
>New York, New York 10022
>Telephone: (212) 318-6000
>Facsimile: (212) 319-4090

*Attorneys for Arbitron, Inc.*