USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH PACE, Derivatively on Behalf of Nominal Defendant ARBITRON, INC.,

        Plaintiff,

-against-

STEPHEN B. MORRIS, LUIS G. NOGALES, PHILIP GUARASCIO, WILLIAM T. KERR, SHELLYE ARCHAMBEAU, RICHARD A. POST, LARRY E. KITTELBERGER, DAVID W. DEVONSHIRE, SEAN R. CREAMER, KATHLEEN T. ROSS, LINDA DUPREE, OWEN A CHARLEBOIS, PIERRE C. BOUVARD, and VAUGHN SCOTT HENRY,

        Defendants,

-and-

ARBITRON, INC., a Delaware corporation,

        Nominal Defendant.

08 Civ. 6425 (JGK)

**STIPULATION REMANDING ACTION TO SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY**

TO THE CLERK OF THE COURT:

SUBJECT to this Court's approval, the undersigned parties, by counsel, STIPULATE AND AGREE that the above captioned matter be remanded to Supreme Court of the State of New York, New York County, pursuant to 28 U.S.C. § 1447(c). This document may be executed in whole or in part by facsimile.

Submitted August 18, 2008          PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Barry G. Sher (BS-4252)
William A. Novomisle (WN-5756)
75 East 55th Street
New York, NY 10022-3205
Telephone: (212) 318-6000
Facsimile: (21) 319-4090

*Attorneys for Defendants*
STEPHEN B. MORRIS, LUIS G. NOGALES, PHILIP
GUARASCIO, WILLIAM T. KERR, SHELLYE
ARCHAMBEAU, RICHARD A. POST, LARRY E.
KITTELBERGER, DAVID W. DEVONSHIRE, SEAN R.
CREAMER, KATHLEEN T. ROSS, LINDA DUPREE,
OWEN A CHARLEBOIS, PIERRE C. BOUVARD, and
VAUGHN SCOTT HENRY and nominal defendant
ARBITRON, INC.

MURRAY FRANK & SAILER

By: _____
Brian P. Murray (BM 9954)
Gregory B. Linkh (GL 0477)
275 Madison Avenue
New York, NY 10016
Telephone: (212) 682-1818
Facsimile: (212) 682-1892

*Attorneys for Plaintiff*
JOSEPH PACE, Derivatively on Behalf of Nominal Defendant
ARBITRON, INC.,

So ordered.

8/25/08

U.S.D.J.

-2-

SO ORDERED:

_____
Hon. John G. Koeltl
United States District Judge

August ___, 2008